In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands under Water, Lands under Water Filled in, Wharf Property, Wharfage Rights, Incorporeal Hereditaments, Together with Riparian, Franchises and Incorporeal Rights, if Any, not Now Owned by the City of New York, Situated on Ward's Island, in the Borough of Manhattan, City of New York, Selected as a Site for a Public Park, and Approved According to Law. METROPOLITAN-COLUMBIA STOCKHOLDERS, INC., and LAWRENCE WARDS ISLAND REALTY COMPANY, Appellants; THE CITY OF NEW YORK, Respondent.— Final decree, so far as appealed from, unanimously affirmed, with costs to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.